**SO ORDERED.**

**SIGNED this 4 day of September, 2019.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

KENNETH LEON CLARK, SR.               CASE NO: 18-06020-5-DMW
                                      CHAPTER 13

    DEBTOR(S)

### CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtor's Chapter 13 Plan; now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Debtor's Chapter 13 Plan is modified as follows:

From:  $1,111.00 per month for a period of 57 months.

.

    To:    $1,111.00 per month for a period of 8 months followed by
              $1,127.00 per month for a period of 49 months.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

/s/ John F. Logan
John F. Logan, Chapter 13 Trustee
N.C. State Bar number 12473
P.O. Box 61039
Raleigh, NC 27661-1039
919-876-1355 Telephone

**Law Offices of John T. Orcutt, P.C.**

/s/ Jason Watson
By: Jason Watson
N.C. State Bar No. 32986
Attorneys for the Debtor
6616-203 Six Forks Road
Raleigh, NC 27615
Tel: 919-847-9750
Fax: 919-847-3439
Email: postlegal@johnorcutt.com

"End of Document"